THE FAIR STORE CORPORATION, SUCCESSOR TO THE FAIR NO. 37, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 14121. Promulgated May 4, 1928.

*M. A. Matlock, Esq.,* for the petitioner.
*T. M. Mather, Esq.,* for the respondent.

OPINION.

TRAMMELL: There is no evidence in this case that the petitioner actually had a loss. The only evidence is that the books and accounts

were out of balance to the extent of $634.08 and that amount was arbitrarily charged off to balance the books and accounts. Such a transaction does not constitute a deductible loss. *Union Savings Bank*, 10 B. T. A. 1175.

*Judgment will be entered for the respondent.*